

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:12-CR-021(1) |
| v. | Judge Thomas M. Rose |
| GEORGE J. DAOUD, | JOINT SENTENCING STIPULATION |
| Defendant. | |

The United States Attorney's Office for the Southern District of Ohio ("USAO") and the Defendant George J. Daoud ("Daoud"), (collectively, "the Parties") hereby stipulate that the Court should include in the judgment in this case the following concerning forfeiture money judgments and restitution:

1. The Parties acknowledge payment in full of the $125,000.00 forfeiture money judgment referenced in the Plea Agreement (Doc. 56 at ¶ 4).

2. The Parties agree that Daoud will pay an additional forfeiture money judgment in the amount of $6,000.00. Said sum is due and payable at or before the time of sentencing.

3. The parties jointly recommend to the Court that there will be no additional payment of restitution ordered.

CARTER M. STEWART
United States Attorney

1 JULY 2013
Date

DWIGHT K. KELLER
Assistant United States Attorney

7-1-13
Date

JON PAUL RION, Esq.
Counsel for Defendant

7-1-13

George Daoud