IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:12CR021 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| GEORGE J. DAOUD, | : | |
| Defendant. | : | |

**FORFEITURE MONEY JUDGMENT**

WHEREAS, on October 16, 2012, Defendant agreed to pay within 21 days of the entering of his guilty plea, the amount of $125,000.00 which represents a forfeiture money judgment pursuant to 18 U.S.C. § 982(a)(1) representing the value of the property involved in the offense in Count 1 (Doc. 22.); and

WHEREAS, on July 1, 2013, the parties agreed that the Defendant would pay an additional forfeiture money judgment in the amount of $6,000.00 (Doc. 70.); and

WHEREAS, on December 18, 2013, this Court amended the Judgment to reflect a forfeiture money judgment in the amount of $131,000.00 (Doc. 88); and

WHEREAS, the Defendant has paid the custodial agency $131,500.00 to be applied to the forfeiture money judgment; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment"; and

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant shall forfeit to the United States the sum of $131,000.00 pursuant to 18 U.S.C. § 982(a)(1).

IT IS FURTHER ORDERED that the custodial agency shall return $500.00 to the Defendant through his attorney of record.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED:

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE